# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | ED CV 07-954-GAF(PJW) | Date | November 13, 2007 |
|---|---|---|---|
| Title | *Sinque Beiana Morrison V. Donna Gunnell Garza, et al* | | |

| Present: The Honorable | PATRICK J. WALSH, U.S. Magistrate Judge | |
|---|---|---|
| Isabel Martinez | None | N/A |
| Deputy Clerk | Court Smart | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**  Plaintiff's Motion For Court Order For Law Library Privileges (In Chambers)

On November 7, 2007, Plaintiff filed a "Motion For Court Order For Law Library Privileges." The motion is DENIED. The Court will not order the state prison to allow Plaintiff immediate access to the law library. The prison staff controls when a prisoner has access to the law library and how long the prisoner can use the library at any given time. The Court will not usurp that control from the prison administration absent evidence that Plaintiff has absolutely no access to the law library. Instead, the Court will liberally grant Plaintiff extensions of time to file his briefs.

cc:

Sinque Beiana Morrison
#0601345644
9500 Etiwanda Avenue
Rancho Cucamonga, CA 91739

Paymon Z. Bidari
Deputy County Counsel
385 N. Arrowhead Ave., 4th Floor
San Bernardino, CA  92415-0140

S:\PJW\Cases-Civil Rights\MORRISON, S 954\MO_Ps mtn library access.wpd

_____  :  _____

Initials of Preparer  _____