UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SINQUE BEIANA MORRISON, | Case No. ED CV 07-0954-GAF (PJW) |
| Plaintiff, | |
| v. | J U D G M E N T |
| DONNA GUNNELL GARZA, et al., | |
| Defendants. | |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed with prejudice.

DATED: June 18, 2009

*(signed)* Gary Fees

GARY A. FEES
UNITED STATES DISTRICT JUDGE

C:\Temp\notesFFF692\Judgment_civil rights.wpd